## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVIERKEEPER, INC.<br>             Plaintiff,<br><br>v.<br><br>R.B. SCRAP IRON & METAL, INC.<br>             Defendant. | Case No. 22-cv-4621 |

### MOTION FOR STAY AND NOTICE OF LODGING OF CONSENT DECREE

The parties Plaintiff Riverkeeper, Inc. and Defendant R.B. Scrap Iron & Metal, Inc. (collectively, the "Parties") respectfully move the Court to stay all future deadlines in this matter. The Parties hereby provides notice to the Court that the Parties have agreed to a settlement in this case.  Pursuant to the federal Clean Water Act, the United States Department of Justice ("DOJ") and the Environmental Protection Agency ("EPA") must have a period of 45 days in which to review and provide any comments on the proposed settlement.  33 U.S.C. § 1365(c)(3); 40 C.F.R § 135.5(b).  Plaintiff has lodged a copy of the proposed Consent Decree with DOJ and EPA as required by the statute.  Following the 45-day review period, the Parties will move the Court to enter the Consent Decree.

Respectfully submitted this 7th day of April, 2023.

| | | |
|---|---|---|
| /s/  *Julia Muench*<br>Julia Muench<br>Super Law Group, LLC<br>222 Broadway, 22nd Floor<br>New York, NY 10038<br>212-242-2355, ext. 3<br>julia@superlawgroup.com<br>*Attorneys for Plaintiff* | /s/ *Kayley McGrath*<br>Kayley R. McGrath<br>Sive, Paget & Riesel, P.C.<br>560 Lexington Avenue<br>New York, NY 10022<br>212-421-2150<br>kmcgrath@sprlaw.com<br>*Attorneys for Defendant* | Application granted.<br><br>SO ORDERED.<br><br>Hon. Ronnie Abrams<br>United States District Judge<br>04/10/2023 |