UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVERKEEPER, INC.,

                Plaintiff,

v.

R.B. SCRAP IRON & METAL, INC.,

                Defendant.

22-cv-4621 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 10, 2023, at the parties' joint request, the Court stayed all future deadlines in this case for a period of forty-five (45) days, given that the action has been settled in principle. *See* Dkt. 26. Accordingly, the conference previously scheduled for May 12, 2023 is hereby adjourned.

Should the parties seek to have the Court retain jurisdiction to enforce any settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:    May 9, 2023
              New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge